# EXHIBIT A

| | GEORGIA | | | | |
|---|---|---|---|---|---|
| | **Legal Name** | **Address** | **City** | **State** | **Zip** |
| 1 | Blackberry Vision, LLC | 3097 Piedmont RD | Atlanta | GA | 30305 |
| 2 | Blueberry Investments, LLC | 857 Collier Road, Suite 15 | Atlanta | GA | 30318 |
| 3 | Confluence Group | 5975 Roswell Rd A113 | Sandy Springs | GA | 30328 |
| 4 | Confluence Group II | 3000 Windy Hill  Rd SE #156 | Marietta | GA | 30067 |
| 5 | Cranberry Vision, LLC | 4260 Peachtree Road | Atlanta | GA | 30319 |
| 6 | JCM Macon, LLC | 4357 Forsyth Rd #250 | Macon | GA | 31210 |
| 7 | JCM McDonough, LLC | 1663 GA-20 | McDonough | GA | 30253 |
| 8 | JK Fit LLC | 4495 W Village Way SE | Smyrna | GA | 30080 |
| 9 | JM Acworth | 4391 Acworth Dallas Rd, NW Suite 212 | Acworth | GA | 30101 |
| 10 | JM Athens | 3600 Dallas Hwy Suite 100 | Marietta | GA | 30064 |
| 11 | JM Augusta  LLC | 4274 Washington Rd | Evans | GA | 30809 |
| 12 | JM Augusta 2, LL | 3602 Exchange Lane | Augusta | GA | 30909 |
| 13 | JM Bufford, LLC | 5019 West Broad Street, Suite107/109 | Sugar Hill | GA | 30518 |
| 14 | JM Canton, LLC | 2555 Prado Lane Unit 1400 | Marietta | GA | 30066 |
| 15 | JM Duluth, LLC | 2220 Peachtree Industrial Blvd.  Suite B- | Duluth | GA | 30097 |
| 16 | JM Gainesville, LLC | 833 Daswonville Hwy, Suite 220 | Gainesville | GA | 30501 |
| 17 | JM Inman Park, LLC | 299 N. Highland Ave | Atlanta | GA | 30307 |
| 18 | JM Mableton, LLC | 1025 Veterans Memorial Hwy Ste 610 | Mableton | GA | 30126 |
| 19 | JM Marietta Holdings, LLC | 1750 Powder Springs Rd | Marietta | GA | 30064 |
| 20 | JM Norcross, LLC | 5270 Peachtree Pkwy #105 | Norcross | GA | 30092 |
| 21 | JM Rome Fitness, LLC | 1431 Turner McCall Blvd | Rome | GA | 30161 |
| 22 | JM South Buckhead, LLC | 2255 Peachtree Rd | Atlanta | GA | 30309 |
| 23 | JM Sugar Hill , LLC | 2463 Hamilton Mill Pkwy | Dacula | GA | 30019 |
| 24 | JM Vinings | 4300 Paces Ferry Rd SE Suite 464 | Atlanta | GA | 30339 |
| 25 | JM West Midtown, LLC | 980 Howell Mill Road | Atlanta | GA | 30318 |
| 26 | JM Woodstock, LLC | 200 Parkbrooke Drive, #140 | Wookstock | GA | 30189 |
| 27 | JW Canton, LLC | 3640 Marietta Hwy | Canton | GA | 30114 |
| 28 | Rasberry Vision LLC | 4279 Roswell Road, Suite 501 | Atlanta | GA | 30342 |
| 29 | Simple Berry LLC | 855 Emory Point Drive, Suite 115 | Atlanta | GA | 30329 |
| 30 | Strawberry Vision LLC | 933 Peachtree St. NW Sutie 939A | Atlanta | GA | 30309 |
| 31 | Vaillantino JC, LLC | 1401 Johnson Ferry Road. Unit 320 | Marietta | GA | 30062 |
| 32 | Vaillantino LS, LLC | 8465 Holcomb Bridge Rd #430 | Johns Creek | GA | 30022 |
| 33 | Vaillantino, LLC | 3450 Old Milton Parkway, STE.210 | Alpharetta | GA | 30005 |
| 34 | VVDC Chamblee, LLC | 5211 Peachtree Blvd. Suite 200 | Chamblee | GA | 30341 |
| 35 | VVDC Dunwoody, LLC | 2480 Jett Ferry Rd, #500 | Dunwoody | GA | 30338 |
| 36 | VVDC Lawrenceville, LLC | 3268 Inner Perimeter RD | Valdosta | GA | 31602 |
| 37 | VVDC Milton LLC | 12635 Crabapple Rd | Milton | GA | 30004 |
| 38 | VVDC Northlake, LLC | 2152 Henderson Mill Rd | Atlanta | GA | 30342 |
| 39 | VVDC Pooler, LLC | 201 Blue Mooon Xsing, Ste3-4 | Pooler | GA | 31322 |
| 40 | VVDC Sandy Plains | 2960 Shallowford Rd Unit 103 | Marietta | GA | 30066 |
| 41 | VVDC Savannah | 1800 E Victory Dr #2 | Savannah | GA | 31404 |
| 42 | VVDC Webb Gin, LLC | 1250 Scenic Hwy, Ste 1264 | Lawrenceville | GA | 30045 |
| | KANSAS | | | | |
| | **Legal Name** | **Address** | **City** | **State** | **Zip** |
| 43 | BOTK1, LLC | 565 Wakarusa Dr.  C | Lawrence | KS | 66049 |
| | MASSACHUSSETS | | | | |
| | **Legal Name** | **Address** | **City** | **State** | **Zip** |
| 44 | Bish 2 Merge, LLC | 10 Saint James Avenue | Boston | MA | 02116 |
| 45 | Bish One Merge, LLC | 375 Market Street | Boston | MA | 02135 |
| 46 | Bish Three, LLC | 270 Third Street | Cambridge | MA | 02142 |
| 47 | Braintree Fitness, LLC | 250 Granite Street | Braintree | MA | 02184 |
| 48 | Burlington Fitness Acquistion, LLC | 112 Mall Rd | Burlington | MA | 01803 |

|  | Legal Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| 49 | Fitness Capital Ventures, LLC | 40 Boston Post Rd | W Marlborough | MA | 01752 |
| 50 | HH Fitness Danvers, LLC | 35 Independence Way | Danvers | MA | 01923 |
| 51 | HH Fitness Reading, LLC | 265 Main St | North Reading | MA | 01864 |
| 52 | Interval Zone Fitness, LLC | 554 Turnpike St | North Andover | MA | 01845 |
| 53 | JD Family Fitness Enterprises, LLC | 228 Washington St | Attleboro | MA | 02703 |
| 54 | QIG Fitness Waltham | 500 Totten Pond Rd | Waltham | MA | 02451 |
| 55 | QIG,Fitness Natick, LLC | 21 Main Street | Natick | MA | 01760 |
| 56 | Simple Ventures 2, LLC | 749 Broadway Route 1 | South Saugus | MA | 01906 |
| 57 | Simple Ventures, LLC | 160 Littleton Road | Westford | MA | 01886 |
| 58 | Somerville Fitness Acquisition, LLC | 383 Revolution Dr #1135 | Somerville | MA | 02145 |
| **MISSISSIPI** | | | | | |
|  | Legal Name | Address | City | State | Zip |
| 59 | HH Oxford, LLC | 1801 Jackson Ave West, SuiteD115 | Oxford | MS | 38655 |
| **NEVADA** | | | | | |
|  | Legal Name | Address | City | State | Zip |
| 60 | Centennial Fitness, LLC | 8431 Fram Rd #160 | Las Vegas | NV | 89131 |
| 61 | HH NW Reno, LLC | 1575 Robb Drive | Reno | NV | 89523 |
| 62 | HH South Reno, LLC | 8056 South Viriginia Steet | Reno | NV | 89511 |
| 63 | LV Fitness Flamingo, LLC | 4245 S Grand Canyon Dr, Unit 109 | Las Vegas | NV | 89147 |
| 64 | LV Fitness Summerlin, LLC | 9326 W. Sahara Ste 4 | Las Vegas | NV | 89117 |
| 65 | LVE Fitness, LLC | 691 Marks St. Ste D | Henderson | NV | 89014 |
| 66 | Mountains Edge Fitness, LLC | 8085 Blue Diamond Rd | Las Vegas | NV | 89178 |
| 67 | OTLV1, LLC | 10271 S Eastern Ave, #109 | Henderson | NV | 89052 |
| 68 | OTLV2, LLC | 5990 S Rainbow Blvd. #200 | Las Vegas | NV | 89118 |
| **NEW YORK** | | | | | |
|  | Legal Name | Address | City | State | Zip |
| 69 | JM Astor Place Fitness, LLC | 51 Astor Place | New York | NY | 10003 |
| 70 | JM Lexington, LLC | 715 Lexington Ave | New York | NY | 10022 |
| 71 | OTB2NY, LLC | 485 Kings H | Brooklyn | NY | 11223 |
| **OREGON** | | | | | |
|  | Legal Name | Address | City | State | Zip |
| 72 | Acaiberry, LLC | 1107 NE 9th Ave | Portland | OR | 97232 |
| 73 | GOJIBERRY, LLC | 3642 Southwest River Pkwy | Portland | OR | 97239 |
| 74 | HH Fitness Oregon City, LLC | 395 Beavercreek Rd | Oregon City | OR | 97045 |
| 75 | HH Fitness Salem | 4405 Commercial St SE Suite V | Salem | OR | 97302 |
| 76 | HH Fitness West Linn, LLC | 19151 Willamette Dr | West Linn | OR | 97068 |
| 77 | Hoodberry, LLC | 2195 NW Raleigh St | Portland | OR | 97209 |
| 78 | JM Gresham, LLC | 697 Northwest Division St | Gresham | OR | 97030 |
| 79 | JM Medofrd | 171 Rossanley Drive, Suite 109 | Medford | OR | 97501 |
| 80 | JM Pearl District | 1010 NW Everett St, Suite 127 | Portland | OR | 97209 |
| 81 | JM SE Portland, LLC | 888 SE 9th Ave, Suite100 | Portland | OR | 97214 |
| 82 | JM SE Powell | 3602 SE Powell Blvd.  Suite 2 | Portland | OR | 97210 |
| 83 | JM West Beaverton, LLC | 3905 Southwest 117th Ave, Suite H | Beaverton | OR | 97005 |
| 84 | JM Wilsonville, LLC | 29756 Town Center West, #7L | Wilsonville | OR | 97070 |
| **PENSSYLVANIA** | | | | | |
|  | Legal Name | Address | City | State | Zip |
| 85 | MAB Management ,LLC | 4640 High Pointe Blvd, Suite A7 | Harrisburg | PA | 17111 |
| 86 | MAB Management ,LLC | 6416 Carlisle Pike | Mechanicsburg | PA | 17050 |
| 87 | MAB2 Management, LLC | 106 S Atherton St | State College | PA | 16801 |
| **RHODE ISLAND** | | | | | |
|  | Legal Name | Address | City | State | Zip |
| 88 | Fitness Capital Ventures #2 | 4 Chapel View Blvd | Cranston | RI | 02920 |

|  | Legal Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| 89 | Fitness Capital Ventures #3 | 563 North Main St | Providence | RI | 02904 |
| 90 | Fitness Capital Ventures #4 | 1191 Division St | East Greenwich | RI | 02818 |
| **SOUTH CAROLINA** | | | | | |
|  | Legal Name | Address | City | State | Zip |
| 91 | Cola 1, LLC | 7467 Saint Andrews Rd. #7B | Irmo | SC | 29063 |
| 92 | Greenville Goddess I, LLC | 101 Falls Park Drive | Greenville | SC | 29601 |
| 93 | JM Aiken, LLC | 250 East Gate Drive | Aiken | SC | 29803 |
| 94 | JM Clemson, LLC | 1391 Tiger Blvd, Unit 112 | Clemson | SC | 29631 |
| 95 | JM Florence, LLC | 1901 West Palmetto Street | Florence | SC | 29501 |
| 96 | JM Forest Acres, LLC | 4708 Forest Drive | Columbia | SC | 29206 |
| 97 | JM Greenville, LLC | 1143 Woodruff Rd | Greenville | SC | 29607 |
| 98 | JM Greer, LLC | 870 E. Suber Rd, Suite 120 | Greer | SC | 29650 |
| 99 | JM Lexington, LLC | 5230 Sunset Blvd. Suite D | Lexington | SC | 29072 |
| 100 | JM Mt. Pleasant, LLC | 695 Johnnie Dodds Blvd | Mount Pleasant | SC | 29464 |
| 101 | JM Myrtle Beach, LLC | 7753 N Kings Hwy | Myrtle Beach | SC | 29572 |
| 102 | JM N. Mt. Pleasant, LLC | 1137 Oakland Market Rd | Mount Pleasant | SC | 29466 |
| 103 | JM NE Columbia, LLC | 10296 Two Notch Rd, #2 | Columbia | SC | 29229 |
| 104 | JM Simpsonville, LLC | 655 Fairview Rd. Suite C-2 | Simpsonville | SC | 29680 |
| 105 | JM Spartanbury, LLC | 1915 East Main St, Suite 3 | Spartanburg | SC | 29307 |
| 106 | Kelly O, LLC | 430 William Hilton Pkwy | Hilton Head | SC | 29926 |
| 107 | OG Horizon, LLC | 1101 North Main St | Summerville | SC | 29483 |
| 108 | Orange Goddess I, LLC | 975 Savannah Hwy | Charleston | SC | 29407 |
| **TENNESSEE** | | | | | |
|  | Legal Name | Address | City | State | Zip |
| 109 | HH Bearden, LLC | 122 N Forrest Park Blvd | Knoxville | TN | 37919 |
| 110 | HH Farragut, LLC | 11674 Parkside Drive, Suite 674 | Knoxville | TN | 37934 |
| 111 | HH Mt. Juliet, LLC | 11199 Lebanon Road | Mt. Juliet | TN | 37122 |
| 112 | JM Chattanooga, LLC | 7407 Igou Gap Road | Chattanooga | TN | 37421 |
| 113 | JM City, LLC | 3211 Peoples Street, Suite 12 | Johnson City | TN | 37604 |
| 114 | JM Cleveland, LLC | 682 Paul Huff Parkway | Cleveland | TN | 37312 |
| 115 | JM Hixson, LLC | 5207 TN-153 Suite 113 | Hixson | TN | 37343 |
| 116 | JM Northshore, LLC | 300 Cherokee Blvd | Cherokee | TN | 37405 |
| **VIRGINIA & WASHINGTON, D.C.** | | | | | |
|  | Legal Name | Address | City | State | Zip |
| 117 | BA Management, LLC | 5900 Kingstowne Center, #100 | Alexandria | VA | 22315 |
| 118 | BAA Management, LLC | 1101 King st | Alexandria | VA | 22314 |
| 119 | BAMCarlyle, LLC | 2381 Eisenhower Ave | Alexandria | VA | 22314 |
| 120 | BAMFredericksburg, LLC | 10002 Southpoint Pkwy | Fredericksburg | VA | 22407 |
| 121 | BAMstafford, LLC | 308 Worth Ave | Stafford | VA | 22556 |
| 122 | BAMWestSpringfield, LLC | 7271 Commerce St | Springfield | VA | 22150 |
| 123 | BBAB Management, LLC | 650 Potomac Ave | Alexandria | VA | 22301 |
| 124 | CBVRG, LLC | 14145 St Germain Drive | Centreville | VA | 20121 |
| 125 | G3 Fitness Group DC1, LLC | 14062 Promenade Commons ST | Gainesville | VA | 20155 |
| 126 | G3 Fitness Group DC1, LLC | 6623 Old Dominion Dr | McLean | VA | 22101 |
| 127 | G3 Fitness Group III, LLC | 10295 Bristow Center Dr | Bristow | VA | 20136 |
| 128 | G3 Fitness Group IV, LLC | 6341 Columbia Ave, Suite D | Falls Church | VA | 22041 |
| 129 | G3 Fitness Group, LLC | 320 Florida Ave NE | Washington | DC | 20002 |
| 130 | HH Fitness Capital Hill, LLC | 330 7th St SE | Washington | DC | 20003 |
| 131 | HH Fitness Dunn Loring | 2672 Avenir Place, Q | Vienna | VA | 22180 |
| 132 | HH Fitness Fairfax, LLC | 9420 Main Street #13 | Fairfax | VA | 22031 |
| 133 | HH Fitness Falls Church | 510 S Washington St | Falls Church | VA | 22046 |
| 134 | HH Fitness Seven Corners, LLC | 6410 Arlington Blvd | Falls Church | VA | 22042 |

| | Legal Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| 135 | HH Fitness Thomas Circle, LLC | 1101 14th st NW | Washington | DC | 20005 |
| 136 | HH Mt. Vernon, LLC | 7716 Richmond Hwy | Alexandria | VA | 22306 |
| 137 | River5 Fitness 3, LLC | 7505 Leesburg Pike, Suite M | Falls Church | VA | 22043 |
| WASHINGTON | | | | | |
| | Legal Name | Address | City | State | Zip |
| 138 | JM Vancouver Waterfront, LLC | 741 Waterfront Way | Vancouver | WA | 98660 |

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROBERT SCOT JAMES
and CORE2000 LLC,

                Plaintiffs,

v.

HONORS HOLDINGS, LLC,

                Defendant.

C.A. No. 1:23-cv-00591-GBW

## ~~[PROPOSED]~~ STIPULATED FINAL JUDGMENT

WHEREAS, on May 31, 2023, Plaintiffs Robert Scot James and Core2000 LLC (collectively, "Plaintiffs") filed their Complaint against Defendant Honors Holdings, LLC ("Honors") in the above-captioned action, alleging breach of an asset purchase agreement dated as of May 16, 2022 (the "Agreement"), and seeking damages in the principal amount of $5,500,000, as well as pre- and post-judgment interest pursuant to the parties' contractually agreed-upon rate, and Plaintiffs' attorneys' fees (D.I. 1);

WHEREAS, on July 21, 2023, Honors filed its Answer and Affirmative Defenses to Complaint (D.I. 8);

WHEREAS, on August 22, 2023, following discussions between the parties regarding resolution of this matter, Honors provided Plaintiffs with a draft offer of judgment, which was intended to provide a basis for discussion of an entry of judgment in this matter and was not intended to be a formal offer of judgment pursuant to Federal Rule of Civil Procedure 68;

WHEREAS, on August 23, 2023, Plaintiffs provided comments to the draft offer of judgment, and the parties further discussed resolution of this action via a stipulated final judgment;

WHEREAS, the parties, through their respective counsel, hereby agree to the entry of this Stipulated Final Judgment, subject to the approval of the Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED:**

1. Judgment is entered for Plaintiffs and against Honors on the claims asserted in Plaintiffs' Complaint, in the amount of $5,947,533.00 (five million, nine-hundred and forty-seven thousand, five-hundred and thirty-three dollars), which shall constitute the principal amount of Plaintiffs' claim, plus pre-judgment interest accrued as of September 28, 2023.

2. Judgment is also entered for Plaintiffs and against Honors with regard to Plaintiffs' attorneys' fees, to which Plaintiffs are entitled pursuant to the parties' Agreement, in the additional amount of $85,000.00 (eighty-five thousand dollars).

3. Post-judgment interest shall continue to accrue on the amount set forth in Paragraph 1 above at the contractual rate of 15% per annum until paid in full.

4. This Stipulated Final Judgment resolves all claims that were asserted, or could have been asserted, by Plaintiffs against Honors, and all claims that could have been asserted by Honors against Plaintiffs, in this action or in connection with the underlying transaction.

5. Honors waives any right to appeal from this Stipulated Final Judgment.

6. Honors waives the 30-day automatic stay of proceedings set forth in Fed. R. Civ. P. 62 for Plaintiffs to enforce this Stipulated Final Judgment.

7. Upon entry of this Stipulated Final Judgment, this action is dismissed with prejudice, provided, however, that this Court shall retain jurisdiction to enforce the terms and conditions of this Stipulated Final Judgment.

POTTER ANDERSON & CORROON LLP

By: /s/ John A. Sensing
    John A. Sensing (#5232)
    Hannah L. Paxton (#7096)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    jsensing@potteranderson.com
    hpaxton@potteranderson.com

*Attorneys for Plaintiffs*

Dated: September 28, 2023

BERGER HARRIS LLP

By: /s/ Richard I.G. Jones, Jr.
    Richard I.G. Jones, Jr. (#3301)
    Peter C. McGivney (#5579)
    1105 Market Street, 11th Floor
    Wilmington, DE 19801
    Tel: (302) 655-1140
    rjones@bergerharris.com
    pmcgivney@bergerharris.com

*Attorneys for Defendant*

SO ORDERED this 29th day of September, 2023.

_____
The Honorable Gregory B. Williams

CERTIFIED: OCT 0 3 2023
AS A TRUE COPY: OCT 0 3 2023
    ATTEST:
RANDALL C. LOHAN, CLERK
BY_____
    Deputy Clerk

3

# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ROBERT SCOT JAMES, and      )
CORE 2000, LLC              )
                            )
            Plaintiffs,  )      CIVIL ACTION FILE
                            )
v.                          )      NO. 1:23-mi-108-VMC-JKL
                            )
HONORS HOLDINGS, LLC,       )
                            )
            Defendant.   )

## AFFIDAVIT OF PLAINTIFF ROBERT SCOT JAMES

COUNTY OF FULTON       )
                       )
STATE OF GEORGIA       )

Personally appeared before me, the undersigned notary public, Robert Scot James, who, being duly sworn, deposes and states as follows:

1.

My name is Robert Scot James, and I am a citizen of the State of Florida and a resident of Sarasota County.

2.

I am over eighteen (18) years of age and competent in all respects to make this Affidavit.

1

4866-9289-5954 v.1 060071/01500, 4:09 PM, 07/18/2024

3.

I make this Affidavit based upon my personal knowledge.

4.

This Affidavit is being submitted in support of the Application for Entry of

Charging Order filed by the above-named Plaintiffs/Judgment Creditors.

5.

On May 16, 2022, I entered into an Asset Purchase Agreement with the above-

named Defendant/Judgment Debtor that contemplated Defendant's purchase of

several OrangeTheory Fitness studio franchises.

6.

Defendant defaulted on its payment obligations under the Agreement.

7.

Because of Defendant's default of its payment obligations, on September 28,

2023, the United States District Court for the District of Delaware entered a

judgment against Defendant in the principal amount of $5,947,533.00 (the

"Judgment").

8.

Defendant/Judgment Debtor manages over one hundred and forty

OrangeTheory Fitness studios, and owns an ownership interest in a series of limited

2

liability companies that ultimately manage the individual studios.

## 9.

These limited liability companies are referred to as the "Honors Entities" and listed in Exhibit A of the Application for Entry Charging Order to which this Affidavit is attached.

## 10.

In fact, the bank records produced during discovery, although incomplete, show periodic payments from several entities every month to Honors Holdings.

## 11.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

*[Signature on following page.]*

3

Date: July 19 , 2024

_Robert Scot James_
Robert Scot James

Sworn to and subscribed before me
This __19__ day of July, 2024

_Mary Kindschuh_
Notary Public

My Commission Expires: 12/20/2026



4

# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ROBERT SCOT JAMES, and | ) | |
| CORE 2000, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1:23-mi-108-VMC-JKL |
| | ) | |
| HONORS HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] CHARGING ORDER AGAINST THE LIMITED COMPANY**
**INTERESTS OF JUDGMENT DEBTOR HONORS HOLDINGS, LLC**

Having reviewed and considered the Application for Entry of Charging Order

Against the Limited Company Interests of Defendant/Judgment Debtor Honors

Holdings, LLC (the "Application") filed by the above-named Plaintiffs/Judgment

Creditors (collectively, the "Judgment Creditors"); and

The United States District Court for the District of Delaware having entered a

judgment against Honors Holdings, LLC ("Judgment Debtor") on September 28,

2023, in the principal amount of $5,947,533.00 (*See* D.E. 1, the "Judgment"); and

Judgment Creditors now request this Court to enter an order charging the

Judgment Debtor's limited liability company interest with payment of the Judgment

pursuant to Fed. R. Civ. P. 69 and O.C.G.A. § 14-11-504(a); and

1

This Court being unaware of any basis to deny Judgment Creditors' Application in aid of its efforts to collect the amounts due and owing pursuant to the Judgment;

IT IS HEREBY **ORDERED** that the Judgment Debtor's interest in the limited liability companies listed in **Exhibit A** to the Application for Charging Order (the "Honors Entities") are hereby charged with payment of the unsatisfied amount of the Judgment. The Honors Entities are ordered to deliver to Judgment Creditors all future distributions, draws, returns of equity, loan repayments and all other payment obligations owed to Judgment Debtor by virtue of its interest in the Honors Entities until such time as the Judgment in the above-styled action is satisfied in full. Judgment Debtor is **RESTRAINED** and **ENJOINED** from receiving from the Honors Entities any distributions subject to this Charging Order.

IT IS FURTHER **ORDERED** that Judgment Debtor, its agents, servants, employees, attorneys, and those persons in active convert or participation with Judgment Debtor who receive notice of this Order are hereby **RESTRAINED** and **ENJOINED** from alienating, encumbering, assigning, transferring, pledging, hypothecating, otherwise impairing in any manner, or in any manner failing to hold and protect Judgment Debtor's membership interest, however denominated, in the Honors Entities, until such time as the Judgment has been satisfied in full.

2

IT IS FURTHER **ORDERED** that this Order is without prejudice to Judgment

Creditors' rights to use all other lawful means to collect the Judgment. O.C.G.A.

§14-11-504(b).

The Court hereby **DIRECTS** the United States Marshal to make reasonable

efforts to serve the Honors Entities with a copy of this Order at their respective

addresses, reflected in **Exhibit A** to the Application for Charging Order.


**IT IS SO ORDERED** this _____ day of _____, 2024.


_____
The Honorable Victoria M. Calvert
United States District Judge

3