IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT SCOT JAMES and CORE 2000, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HONORS HOLDINGS, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:24-cv-3493-VMC-JKL |

## ORDER

This is a judgment collection action in which Plaintiffs Robert Scot James and Core 2000, LLC ("Plaintiffs") seek a charging order against interests of Defendant Honors Holdings, LLC ("Defendant"). The case is presently before the Court on nonparty WhiteHorse Capital Management, LLC's ("Whitehorse") motion to intervene as of right under Rule 24 of the Federal Rules of Civil Procedure. [Doc. 14.] Plaintiffs do not oppose the motion [Doc. 18], and Defendant has not responded to the motion, thus indicating that it too does not oppose the motion. *See* LR 7.1(B), NDGa. Accordingly, WhiteHorse's motion is **GRANTED**.

WhiteHorse must file its objections to Plaintiffs' application for a charging order no later than **five (5) days** following entry of this order. Plaintiffs and

Defendant must file any response to the objections no later than **fourteen (14) days** after the objections are filed. Whitehorse shall have **fourteen (14) days** thereafter to file a reply.

    IT IS SO ORDERED this 21st day of August, 2024.

_____
JOHN K. LARKINS III
United States Magistrate Judge