IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT SCOT JAMES and CORE2000, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>HONORS HOLDINGS, LLC,<br><br>    Defendant,<br><br>and<br><br>WHITEHORSE CAPITAL MANAGEMENT,<br><br>    Intervenor. | CIVIL ACTION FILE NO.<br><br>1:24-cv-3493-VMC-JKL |

## **ORDER**

This action is presently before the Court on Plaintiffs Robert Scot James and CORE2000, LLC's Application for Entry of Charging Order Against the LLC Membership Interests of Honors Holding, LLC. [Doc. 10.] In it, Plaintiffs seek a charging order against Honor Holdings, LLC's membership interests in various subsidiaries to satisfy a roughly $6 million judgment they obtained against it in United States District Court for the District of Delaware. [*Id.*] The matter is hereby **SET FOR A HEARING** before United States Magistrate Judge John K. Larkins

III in the United States Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, Atlanta, Georgia, on **Wednesday, October 16, 2024, in Courtroom 1834, at 10:00 a.m.** Counsel should be prepared to discuss all aspects of the application and briefs filed in this action.

IT IS SO ORDERED AND DIRECTED this 25th day of September, 2024.

_____
JOHN K. LARKINS III
United States Magistrate Judge