# EXHIBIT A

i. Blueberry Vision Investments, LLC, a Georgia limited liability company.

ii. VVDC, LLC, a Delaware limited liability company.

iii. BAMFredericksburg LLC, a Virginia limited liability company.

iv. BAMStafford LLC, a Virginia limited liability company.

v. BAMWestSpringfield LLC, a Virginia limited liability company.

vi. Braintree Fitness LLC, a Massachusetts limited liability company.

vii. Fitness Capital Ventures #2 LLC, a Rhode Island limited liability company.

viii. Fitness Capital Ventures LLC, a Massachusetts limited liability company.

ix. G3 Fitness Group DCII LLC, a Virginia limited liability company.

x. G3 Fitness Group III LLC, a Virginia limited liability company.

xi. HH Accounts Payable, LLC, a Georgia limited liability company.

xii. HH Beaufort LLC, a South Carolina limited liability company.

xiii. HH Fitness Brookland LLC, a Virginia limited liability company.

xiv. HH Fitness Carson City LLC, a Nevada limited liability company.

xv. HH Fitness Salem LLC, an Oregon limited liability company.

xvi. HH Fitness Seven Corners LLC, a Virginia limited liability company.

xvii. HH Fitness Statesboro LLC, a Georgia limited liability company.

xviii. HH Fitness Thomas Circle LLC, a Washington D.C. limited liability company.

xix.	HH Knoxville Northshore LLC, a Tennessee limited liability company.

xx.	Honors Holding Management, LLC, a Georgia limited liability company.

xxi.	JM Aiken LLC, a South Carolina limited liability company.

xxii.	JM Astor Place Fitness LLC, a New York limited liability company.

xxiii.	JM Augusta LLC, a Georgia limited liability company.

xxiv.	JM Cleveland LLC, a Tennessee limited liability company.

xxv.	JM Florence LLC, a South Carolina limited liability company.

xxvi.	JM Gainesville LLC, a Georgia limited liability company.

xxvii.	JM Hixson LLC, a Tennessee limited liability company.

xxviii.	JM Irmo Fitness LLC, a South Carolina limited liability company.

xxix.	JM Kennesaw LLC, a Georgia limited liability company.

xxx.	JM Lexington LLC, a New York limited liability company.

xxxi.	JM Marietta, LLC, a Washington limited liability company.

xxxii.	JM Marietta Holdings, LLC, a Washington limited liability company.

xxxiii.	JM NE Columbia LLC, a South Carolina limited liability company.

xxxiv.	JM Rome Fitness LLC, a Georgia limited liability company.

xxxv.	JM Simpsonville LLC, a South Carolina limited liability company.

xxxvi.	JM Smithfield LLC, a Rhode Island limited liability company.

xxxvii.	JM Soho LLC, a New York limited liability company.

xxxviii.	JM South Waterfront LLC, an Oregon limited liability company.

xxxix. JM Spartanburg Fitness LLC, a South Carolina limited liability company.

xl. JM Valdosta LLC, a Georgia limited liability company.

xli. JM Vancouver Waterfront LLC, a Washington limited liability company.

xlii. LV Fitness Flamingo, LLC a Nevada limited liability company.

xliii. OTB1NY LLC, a New York limited liability company.

xliv. Blackberry Vision LLC, a Georgia limited liability company.

xlv. HH Fitness Danvers, LLC, a Massachusetts limited liability company.

xlvi. JM Pearl District LLC, an Oregon limited liability company.

xlvii. OTLV2, LLC, a Nevada limited liability company.

xlviii. Interval Zone Fitness, LLC, a New Hampshire limited liability company.

xlix. Gojiberry, LLC, a Georgia limited liability company.

l. JM Irmo, LLC, a South Carolina limited liability company.

li. VVDC Lawrenceville, LLC, a Georgia limited liability company.

lii. JM Arnold Creek LLC, an Oregon limited liability company.

liii. JM Special Venue LLC.

liv. HH Lynchburg, LLC, a Delaware limited liability company.

lv. Chikara Fitness, LLC, a District of Columbia limited company.